DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW REED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2804

[April 20, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 10-8166CF10B.

Rachael E. Reese of O'Brien Hatfield Reese, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KUNTZ and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***